# Schnader
ATTORNEYS AT LAW

1600 MARKET STREET  SUITE 3600
PHILADELPHIA, PA 19103-7286
215.751.2000  FAX 215.751.2205  schnader.com

April 10, 2019

Samuel W. Silver
Direct Dial 215-751-2309
E-Mail: ssilver@schnader.com

FILED
SCRANTON
APR 1 1 2019
PER _____
DEPUTY CLERK

**Via email (Corey_Wimmer@pamd.uscourts.gov)**

The Honorable Karoline Mehalchick
United States District Court for
 the Middle District of Pennsylvania
William J. Nealon Federal Building
 & U.S. Courthouse
235 N. Washington Avenue
Scranton, PA 18501

Re:   *Spanier v. Libby*, No. 3:19-cv-0523-MEM

Dear Judge Mehalchick:

We are writing to inform you that we received an Order today in petitioner Graham B. Spanier's state-court criminal proceeding requiring him to report for the beginning of his prison sentence on May 1, 2019.

Respectfully,

Samuel W. Silver
Bruce P. Merenstein
*Counsel for Graham B. Spanier*

cc:   Donald L. Carmelite, Esq.
      Gregory J. Simatic, Esq

Schnader Harrison Segal & Lewis LLP
NEW YORK   PENNSYLVANIA   CALIFORNIA   WASHINGTON, DC   NEW JERSEY   DELAWARE