# EXHIBIT 1

# POLICE CRIMINAL COMPLAINT

| COMMONWEALTH OF PENNSYLVANIA COUNTY OF: DAUPHIN | | COMMONWEALTH OF PENNSYLVANIA VS. |
|---|---|---|
| Magisterial District Number: 12-3-03 MDJ: Hon. WILLIAM C. WENNER Address: 5925 STEVENSON AVE. HARISBURG, PA 17112 Telephone: (717)545-0261 | | DEFENDANT: (NAME and ADDRESS): GRAHAM   B.   SPANIER First Name   Middle Name   Last Name   Gen. 425 WINDMERE DR., 2A, STATE COLLEGE, PA, 16801 |

### NCIC Extradition Code Type

- ☒ 1-Felony Full
- ☐ 2-Felony Ltd.
- ☐ 3-Felony Surrounding States
- ☐ 4-Felony No Ext.
- ☐ 5-Felony Pend.
- ☐ A-Misdemeanor Full
- ☐ B-Misdemeanor Limited
- ☐ C-Misdemeanor Surrounding States
- ☐ D-Misdemeanor No Extradition
- ☐ E-Misdemeanor Pending
- ☐ Distance: _____

### DEFENDANT IDENTIFICATION INFORMATION

| Docket Number CR-419-12 | Date Filed 11/01/2012 | OTN/LiveScan Number T 252359-2 | Complaint/Incident Number G07-1146135 | SID | Request Lab Services? ☐ YES ☒ NO |
|---|---|---|---|---|---|
| GENDER ☒ Male ☐ Female | DOB 07/18/1948 First Name AKA | POB SOUTH AFRICA Middle Name | | Add'l DOB / / Last Name | Co-Defendant(s) ☒ Gen. |

- RACE: ☒ White  ☐ Asian  ☐ Black  ☐ Native American  ☐ Unknown
- ETHNICITY: ☐ Hispanic  ☒ Non-Hispanic  ☐ Unknown
- HAIR COLOR: ☒ GRY (Gray)  ☐ RED (Red/Aubn.)  ☐ SDY (Sandy)  ☐ BLU (Blue)  ☐ PLE (Purple)  ☐ BRO (Brown)  ☐ BLK (Black)  ☐ ONG (Orange)  ☐ WHI (White)  ☐ XXX (Unk./Bald)  ☐ GRN (Green)  ☐ PNK (Pink)  ☐ BLN (Blonde / Strawberry)
- EYE COLOR: ☐ BLK (Black)  ☒ BLU (Blue)  ☐ BRO (Brown)  ☐ GRN (Green)  ☐ GRY (Gray)  ☐ HAZ (Hazel)  ☐ MAR (Maroon)  ☐ PNK (Pink)  ☐ MUL (Multicolored)  ☐ XXX (Unknown)

| Driver License | State PA | License Number 17884559 | Expires: 07/19/2015 | WEIGHT (lbs.) 170 |
|---|---|---|---|---|
| DNA | ☐ YES ☒ NO | DNA Location | | Ft. HEIGHT In. |
| FBI Number | | MNU Number | | 5   11 |
| Defendant Fingerprinted | ☐ YES ☒ NO | | | |
| Fingerprint Classification: | | | | |

### DEFENDANT VEHICLE INFORMATION

| Plate # | State | Hazmat ☐ | Registration Sticker (MM/YY) / | Comm'l Veh. Ind. ☐ | School Veh. ☐ | Oth. NCIC Veh. Code | Reg. same as Def. ☐ |
|---|---|---|---|---|---|---|---|
| VIN | | Year | Make | Model | Style | Color | |

Office of the attorney for the Commonwealth  ☐ Approved   ☐ Disapproved because: _____

(The attorney for the Commonwealth may require that the complaint, arrest warrant affidavit, or both be approved by the attorney for the Commonwealth prior to filing. See Pa.R.Crim.P. 507).

BRUCE R. BEEMER
(Name of the attorney for the Commonwealth)

_(Signature of the attorney for the Commonwealth)_   11/1/2012 (Date)

---

I, TPR. JAMES ELLIS & AGT. ANTHONY SASSANO
(Name of the Affiant)

SP62084 - 7118 / AT504374 - 367
(PSP/MPOETC -Assigned Affiant ID Number & Badge #)

of PA STATE POLICE & PA ATTORNEY GENERAL
(Identify Department or Agency Represented and Poiltical Subdivision)

PAPSP7400 / PA022240
(Police Agency ORI Number)

do hereby state: (check appropriate box)

1. ☒ I accuse the above named defendant who lives at the address set forth above
   ☐ I accuse the defendant whose name is unknown to me but who is described as _____

☐ I accuse the defendant whose name and popular designation or nickname are unknown to me and whom I have therefore designated as John Doe or Jane Doe
with violating the penal laws of the Commonwealth of Pennsylvania at [301]   HARRISBURG
(Subdivision Code)   (Place-Political Subdivision)

in DAUPHIN County   [22]   on or about FEBRUARY 2001 TO PRESENT
(County Code)

Page 1 of 5

AOPC 412A – Rev. 07/10

30a

# POLICE CRIMINAL COMPLAINT

| Docket Number: | Date Filed: | OTN/LiveScan Number | Complaint/Incident Number |
|---|---|---|---|
| CR-419-12 | 11/01/2012 | T 252359-2 | G07-1146135 |

| Defendant Name | First: GRAHAM | Middle: B. | Last: SPANIER |
|---|---|---|---|

The acts committed by the accused are described below with each Act of Assembly or statute violated, if appropriate. When there is more than one offense, each offense should be numbered chronologically.
(Set forth a *brief* summary of the facts sufficient to advise the defendant of the nature of the offense(s) charged. A citation to the statute(s) violated, without more, is not sufficient. In a summary case, you must cite the specific section(s) and subsection(s) of the statute(s) or ordinance(s) allegedly violated. The age of the victim at the time of the offense may be included if known. In addition, social security numbers and financial information (e.g. PINs) should not be listed. If the identity of an account must be established, list only the last four digits. 204 PA.Code §§ 213.1 – 213.7.)

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 |
|---|---|---|---|

| ☒ | 1 | 4902 | A | of the | TITLE 18 | 1 | F-3 | | 260 |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): PERJURY

Acts of the accused associated with this Offense: In an official proceeding the defeneant did make a false statement under oath or equivalent affirmation, or swore or affirmed the truth of a statement previously made, when the statement was material and he did not believe it to be true. To wit: as more fully described in the attached affidavit/presentment.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 |
|---|---|---|---|

| ☐ | 2 | 4304 | (A)(1) | of the | TITLE 18 | 1 | F-3 | | 200 |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): ENDANGERING WELFARE OF CHILDREN

Acts of the accused associated with this Offense: A parent, guardian or other person supervising the welfare of a child under 18 years of age, or a person that employs or supervises such a person, commits an offense if he knowingly endangers the welfare of the child by violating a duty of care, protection or support. To wit: as more fully described in the attached affidavit/presentment.

| Inchoate Offense | ☐ Attempt 18 901 A | ☐ Solicitation 18 902 A | ☐ Conspiracy 18 903 |
|---|---|---|---|

| ☐ | 3 | 4304 | (A)(2) | of the | TITLE 18 | 1 | F-3 | | 260 |
|---|---|---|---|---|---|---|---|---|---|
| Lead? | Offense# | Section | Subsection | | PA Statute (Title) | Counts | Grade | NCIC Offense Code | UCR/NIBRS Code |

| PennDOT Data (if applicable) | Accident Number | | ☐ Safety Zone | ☐ Work Zone |
|---|---|---|---|---|

Statute Description (include the name of statute or ordinance): ENDANGERING WELFARE OF CHILDREN

Acts of the accused associated with this Offense: A person commits an offense if the person, in an official capacity, prevents or interferes with the making of a report of suspected child abuse under 23 Pa. C.S. Ch. 63 (relating to child protective services). To wit: as more fully described in the attached affidavit/presentment.